**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Harold Dean ENGLISH, a/k/a Harold
Brown, Jr., a/k/a Bug, Defendant—
Appellant.**

No. 08–7589.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 10, 2009.

Decided: Sept. 14, 2009.

Harold Dean English, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold English appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. English,* No. 3:95–cr–00068–MJP (D.S.C. Aug. 22, 2008). We deny English's motions for appointment of counsel, for leave to file a supplemental brief, and to place his appeal in abeyance. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*